DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IT'S A NEW 10, LLC, IT'S A 10, INC.,** and **CAROLYN ARONSON,**
Appellants,

v.

**MICHAEL WILSON, WILSON BOLYN BUSINESS DEVELOPMENT, INC.,**
and **CONJURE HAIR CARE, INC.,**
Appellees.

No. 4D2024-3215

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case Nos. CACE15-001127, CACE15-002830, CACE18-019706 and CACE18-026579.

Robert B. Miller of Robert B. Miller Law, LLC, Miami Beach, and Allen P. Pegg and Robert C. Leitner of Hogan Lovells US LLP, Miami, for appellants.

Leonard K. Samuels, Fred O. Goldberg and Ana E. Kauffmann of Berger Singerman LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***